```
UNITED STATES DISTRICT COURT              14CV1345
SOUTHERN DISTRICT OF NEW YORK
---------------------------------)
JULIO MONTANO, Plaintiff,        )
                                 )
        v.                       )  Civ. Action No. _____
                                 )
C. ENWEREUZOR, Correction        )  Ex Parte Motion for Appointment
Officer, in his individual       )  of Counsel in a Civil Rights Case
capacity, Defendant.             )
                                 )
---------------------------------)
```

Plaintiff, JULIO MONTANO, pursuant to 28 U.S.C. § 1915, requests this Court appoint counsel to represent him in this case for the following reasons:

1. The plaintiff is unable to afford counsel.

2. The issues involved in this case are complex.

3. The plaintiff is an incarcerated, pro se litigant with limited access to legal materials and research, and has no legal training.

4. Plaintiff does not know of any attorneys who are willing to take on his case at this stage of litigation.

WHEREFORE, this honorable Court should appoint counsel to represent Plaintiff.

Date: 02-13-2014

JULIO MONTANO, Pro Se
Register No. 39862-069
Metropolitan Corr. Center
150 Park Row
New York, NY 10007