U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF JULIO MONTANO | COURT CASE NUMBER 14 CV 1345 |
| --- | --- |
| DEFENDANT C. ENWEREUZOR | TYPE OF PROCESS Summons & Complaint |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

➤ C. ENWEREUZOR

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** C/o Metropolitan Corr. Center
150 Park Row, New York, NY 10007

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

JULIO MONTANO
Register No. 39862-C69
Metropolitan Corr. Center
150 Park Row
New York, NY 10007

| | |
| --- | --- |
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

FILED
2014 JUL -1 AM 10: 04
U.S. DISTRICT COURT
S.D. OF N.Y.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                             Fold

Defendant is a correction officer employed at M.C.C. who was
on duty on 5 South on December 23, 2013.

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER n/a | DATE 04-17-2014 |
| --- | --- | --- | --- |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date 4/6/14 |
| --- | --- | --- | --- | --- | --- |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) C. Enwereuzor | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
| --- | --- |
| Address (complete only if different than shown above) | Date of Service 6/24/14 — Time 6:00 ☒ pm |
| | Signature of U.S. Marshal or Deputy 30167 |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | |

REMARKS:

6/24 — Received Mail Service



500 Pearl Street, Suite 400, New York, NY 10007

## STATEMENT OF SERVICE BY MAIL AND ACKNOWLEDGMENT
## OF RECEIPT BY MAIL OF SUMMONS AND COMPLAINT

A.    STATEMENT OF SERVICE BY MAIL

United States District Court

for the

Southern District of New York

Civil File Number <u>14 Civ. 1345</u>

April 29, 2014

<u>Julio Montano</u> vs.

<u>C.O. C. Enwereuzor</u>

TO:    C.O. C. Enwereuzor
C/O Metropolitan Correctional Center
150 Park Row
New York, NY 10007

The enclosed summons and complaint are served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure and section 312-a of the New York Civil Practice Law and Rules.

To avoid being charged with the expense of service upon you, you must sign, date, and complete the acknowledgment part of this form and mail or deliver this original completed form to the U.S. Marshals Service within 30 days from the date you receive this form. A self-addressed envelope has been included for your convenience. You should keep a copy for your records or for your attorney.

If you do not complete and return the form to the U.S. Marshals Service within 30 days, you (or the party on whose behalf you are being served) may be required to pay expenses incurred in serving the summons and complaint in any other manner permitted by law, and the cost of such service as permitted by law will be entered as a judgment against you.

The return of this statement and acknowledgment does not relieve you of the necessity to answer the complaint or petition.

Under a standing order of the Court, filed December 30, 2013, if a defendant or defendant's agent returns the acknowledgment form within 30 days of receipt, the defendant will have 60 days from the date the defendant or defendant's agent mails or delivers to the U.S. Marshals Service the completed Acknowledgment of Receipt of Service by Mail to file and serve an answer or other responsive pleading. If you wish to consult with an attorney, you should do so as soon as possible before the 60 days expire.

If you are served on behalf of a corporation, unincorporated association, partnership or other entity, you must indicate under your signature your relationship to the entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

It is a crime to forge a signature or to make a false entry on this statement or on the acknowledgment

OVER>

CIVIL ACTION FILE NUMBER: __14 Civ. 1345__

__Julio Montano__ vs. __C.O. C. Enwereuzor__

B.     ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT OR PETITION

I received a summons and complaint. PLEASE CHECK ONE OF THE FOLLOWING;

IF 2 IS CHECKED, COMPLETE AS INDICATED:

           1.  _✓_ I am not in military service.

           2.  ____ I am in military service, and my rank, serial number and branch of service
are as follows:

Rank:_____
Serial Number:_____
Branch of Service:_____

TO BE COMPLETED REGARDLESS OF MILITARY STATUS:

        Date:___6/19/14_____
           (Date this acknowledgment is executed)

I affirm the above as true under penalty of perjury

_____
Signature

_____
Print Name

_____
Relationship to Entity/Authority to Receive Service
of Process (i.e., self, officer, attorney, etc.)

USMS OFFICIAL: DUSM __ALLISON HONEYMAR__