# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: JULIO MONTANO | COURT CASE NUMBER: 14 cv 1345 |
| DEFENDANT: C. ENWEREUZOR | TYPE OF PROCESS: Summons & Complaint |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
→ C. ENWEREUZOR

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
c/o Metropolitan Corr. Center
150 Park Row, New York, NY 10007

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

JULIO MONTANO
Register No. 39862-069
Metropolitan Corr. Center
150 Park Row
New York, NY 10007

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Defendant is a correction officer employed at M.C.C. who was on duty on 5 South on December 23, 2013.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: n/a
DATE: 04-17-2014

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 01 | [illegible] | 054 | [signature] | 4/24/14 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
C. Enwereuzor — Self

Address (complete only if different than shown above):

Date of Service: 6/11/14
Time: [illegible] pm

Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $ | | | $ | | |

Serve copy at U.S. Attorneys Office
86 Chambers St, 3rd FL, NY, NY
David Lawson

REMARKS: 4/29/14 - set up for mail service
6/3/14 pls

**COPY RECEIVED**
SEP 26 2014
US ATTORNEY'S OFFICE

Legal Technician/Clerk
Date Served: 9/26/14

SERVED BY CERTIFIED MAIL
RECEIPT # 7002 2030 0007 9554 0547
DATE MAILED: 9/26/14

PRIOR EDITIONS MAY BE USED    2. USMS RECORD    FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08)

14-1345-1, 2, 3

**SENDER: COMPLETE THIS SECTION**

- ☒ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ☒ Print your name and address on the reverse so that we can return the card to you.
- ☒ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    *The Attorney General*
    *Department of Justice*
    *Washington, DC 20530*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below.  ☐ No

OCT 01 2014

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label):   7002 2030 0007 9554 0547

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here — NEW YORK NY 10007 — SEP 26 2014 — CHURCH STREET STATION

Article Number: 7002 2030 0007 9554 0547

Sent To: THE ATTORNEY GENERAL
Street, Apt. No.; or PO Box No.: DEPT. OF JUSTICE
City, State, ZIP+4: WASHINGTON, D.C. 20530

PS Form 3800, June 2002     See Reverse for Instructions