

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

November 13, 2014

**BY ECF**
The Honorable John G. Koeltl
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re: *Julio Montano v. C. Enwereuzor*, No. 14 Civ. 1345 (JGK)

Dear Judge Koeltl:

    I write respectfully regarding the above-referenced *Bivens* action.  On September 23, 2014, this Office requested, and the Court granted, an adjournment until November 14, 2014, for the defendant to answer or otherwise respond to the Complaint.  This Office sought the adjournment because defendant had requested representation by this Office, but his request had not yet been decided.  On October 29, 2014, defendant's representation request was granted.

    Unfortunately, in the process of preparing a response in advance of tomorrow's deadline, we have just discovered that we still need additional information in order to fully and properly respond the complaint. Accordingly, we respectfully request that the Court adjourn the November 13, 2014 deadline until November 26, 2014.  This Office is aware that the Court requires requests for adjournments to be made 48 hours prior to the scheduled deadline and we sincerely apologize for the late notice.

    This is the third request by this Office for an extension of time in this matter, but the first such request since we have been authorized to represent the defendant.  We have not consulted the plaintiff, who is appearing *pro se*, regarding whether he consents to this request.

Hon. John G. Koeltl
November 13, 2014
Page 2

    Thank you for your consideration of this request.

                                              Respectfully submitted,

                                              PREET BHARARA
                                              United States Attorney

                               By:    /s/ Jacob M. Bergman
                                              JACOB M. BERGMAN
                                              Assistant United States Attorney
                                              86 Chambers Street, 3rd Floor
                                              New York, NY  10007
                                              Tel.:   (212) 637-2776
                                              Fax:   (212) 637-2686
                                              jacob.bergman@usdoj.gov

cc (*via U.S. mail*):

Mr. Julio Montano
901 Woodycrest Avenue
Apt B1
Bronx, NY 10451