

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

December 10, 2014

**BY ECF**
The Honorable John G. Koeltl
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

        Re: *Julio Montano v. C. Enwereuzor*, No. 14 Civ. 1345 (JGK)

Dear Judge Koeltl:

        I write respectfully regarding the above-referenced *Bivens* action. The United States received Your Honor's Order, dated December 8, 2014, setting a conference for January 12, 2015, at 11:00 am, and we have sent, by overnight mail, a copy of the Order to the Plaintiff. The Court also directed the Government to arrange a conference call with the Plaintiff at the facility at which he is housed. The Bureau of Prisons informs us that Plaintiff is no longer in its custody, and, so far as we know, he can now appear in person. We therefore ask that we be excused from arranging a conference call.

Thank you for your consideration of this request.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: */s/ Jacob M. Bergman*
JACOB M. BERGMAN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Tel.: (212) 637-2776
Fax: (212) 637-2686
jacob.bergman@usdoj.gov

cc (*via U.S. mail*):

Mr. Julio Montano
901 Woodycrest Avenue
Apt B1
Bronx, NY 10451