UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - :

MONTANO
        Plaintiff(s)

  - against -

ENWEREUZOR
        Defendant(s)

- - - - - - - - - - - - - - - - - - - - - - :

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE

14 civ. 1345 (JGK) (SN)

IT IS HEREBY STIPULATED by the undersigned:

1. All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

2. Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

_____
Attorney(s) for Plaintiff(s)
Address 901 Woolycrest Ave
Telephone Bronx NY 10452
(347) 298-4952

_____
Attorney(s) for ___?___
Address
Telephone

Jacob M. Bergman on behalf of
C. Enwereuzor
Attorney(s) for Defendant(s)
Address 86 Chamber St, NY NY 10007
Telephone 212 637-2776

_____
Attorney(s) for _____
Address
Telephone

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b)).

SO ORDERED.

1/12/15 _____
               U.S.D.J.

Magistrate Judge _____ was assigned this case on _____ 19____

For: Clerk U.S.D.C. S.D.N.Y.