UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JULIO MONTANO,

                              **Plaintiff,**

             -against-

C.O. C. ENWEREUZOR in his individual capacity
and the UNITED STATES,

                              **Defendants.**

-----------------------------------------------------------------X

14-CV-01345 (SN)

<u>ORDER</u>
**SARAH NETBURN, United States Magistrate Judge:**

      On January 12, 2015, the parties consented to my jurisdiction under 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73. The parties are ordered to submit a joint status letter to the Court by February 27, 2015, outlining the progress in discovery, including any disputes that require Court resolution, and any progress in reaching a settlement, including whether the parties wish to schedule a settlement conference.

      The plaintiff is also ordered to complete and submit to the Court a Notice of Change of Address in order to officially notify the Court of his current address. This form will be included in the copy of this order sent to the plaintiff.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
             January 13, 2015

CC:        Julio Montano (*By Chambers*)
            901 Woodycrest Ave
            Apt B1
            Bronx, NY 10451